UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Paul Buckley

    v.                                                          No. 06-fp-032

U.S. Social Security Administration,
Commissioner


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-032-SM**.

**SO ORDERED.**

                                                _____
                                                James R. Muirhead
                                                United States Magistrate Judge

Date:   January 30, 2006

cc:     Raymond J. Kelly, Esq.